IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Alita Jones
    Plaintiff(s)

v.

Board Of Education City Of Chicago
    Defendant(s)

Case No. 13cv4732

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $ _____ ,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☑ other: The judgment is entered in favor of the defendant against the plaintiff for failure to state claim. Decided on motion to dismiss [38].

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.
☐ tried by Judge _____ without a jury and the above decision was reached.
☑ decided by Judge Charles P. Kocoras a motion to dismiss.

Date: 11/10/2014

Thomas G. Bruton, Clerk of Court
/s/ Vettina Franklin _____, Deputy Clerk